IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIONEL S. LAWRENCE, SR.,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-5307 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this **31st** day of **January, 2022**, upon consideration of Plaintiff Lionel S. Lawrence's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Claims against the District Attorney's Office are **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Lawrence may file a new case raising these claims only in the event his underlying convictions are reversed, vacated, or otherwise invalidated; and

    b. Claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is **DIRECTED** to close this case.

                                **BY THE COURT:**

                                */s/ Eduardo C. Robreno*
                                **EDUARDO C. ROBRENO, J.**